WRIGHT, FINLAY & ZAK, LLP
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
ccrowton@wrightlegal.net
*Attorney for Defendant, Wells Fargo Bank, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NADINA BEVERLY, Trustee of the BEVERLY-BLAIR MEADOWRIDGE TRUST,<br><br>Plaintiff<br>vs.<br><br>GAYLE WEAVER-FARLEY, also known as GAYLE FARLEY, individually and as trustee of The 2005 GAYLE WEAVER-FARLEY FAMILY TRUST DATED MAY 18, 2005; QUALITY LOAN SERVICE CORPORATION, a California corporation; WELLS FARGO BANK, N.A.; OHIO SAVINGS BANK; and DOES I through X,,<br><br>Defendants. | Case No.:  3:13-CV-00348-RH-VPC<br><br>**ORDER EXTINGUISHING<br>LIS PENDENS** |

The Defendant, Wells Fargo Bank, N.A., filed a Motion to Dismiss with Prejudice the Plaintiff's Complaint and Motion to Expunge Lis Pendens on June 28, 2013 as Docket Numbers 2 and 3.  The Plaintiff filed an Opposition to the Motion to Dismiss and Motion to Expunge Lis Pendens on July 15, 2013 as Docket Numbers 12 and 13.  The Defendant, Wells Fargo Bank, N.A., filed a Reply in Support of the Motion to Dismiss and Motion to Expunge Lis Pendens on July 26, 2013 and July 31, 2013 as Docket Numbers 14 and 15.  On October 9, 2013, the Court having considered all arguments presented, the pleadings on file herein, and the Court determining that good cause appearing, entered an Order granting the Motion to Dismiss and

Motion to Expunge Lis Pendens as Docket Number 18.  Pursuant to the Court's Order entered on October 9, 2013, the Court hereby rules as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that any Pendency of Action or Lis Pendens recorded by the Plaintiff in the Official Records of Washoe County, Nevada on May 31, 2013 as Document Number 4243172, relating to this action and the real property that is subject of this action located at 6369 Meadow Crest CL, Reno, Nevada, 89509, APN: 041-200-08 legally described as:

PARCEL 1:

LOT 8 IN BLOCK A OF MEADOWRIDGE UNIT NO. 1-C, ACCORDING TO THE MAP THEREOF, FILED I THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATE OF NEVADA, ON NOVEMBER 02, 1978, UNDER FILING NO. 568098, OFFICIAL RECORDS.

PARCEL 2:

EASEMENTS AS SET FORTH IN THE SECTIONS ENTITLED "CERTAIN EASEMENTS FOR OWNERS" AND "SUPPORT, SETTLEMENT AND ENCROACHMENT" OF THE ARTICLE ENTITLED "EASEMENTS" OF THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS, RECORDED MARCH 28, 1978, AS DOCUMENT NO. 522153.

is hereby cancelled, expunged, or voided, pursuant to N.R.S. 14.015 and it shall have from this day forward have no force or effect.

**IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED** that pursuant to N.R.S. 14.015(5), the Plaintiff shall record a copy of this Order or other appropriate notice cancelling the Notice of Pendency of Action or Lis Pendens, with the Washoe County Recorder's Office within five (5) business days of its entry, and if there is a failure to do so, any party may record a copy of this Order.

**IT IS SO ORDERED**,

DATED this 22nd day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE